IN RE:

FILED
2010 DEC 14 PM 2:54
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF
OHIO, AKRON

DONALD R. WATTS
BRENDA J. WATTS
    Debtors

CASE NO. 08-52802-S

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #115 in the amount of $.96 was issued on December 1, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                Amt. of Dividend

Claim #3    Crystal Clinic, Inc.                $    .96
               P. O. Box 75575
               Cleveland, Ohio   44101-4755

TOTAL:                                                     $    .96

                                                     _____
                                                     HAROLD A. CORZIN, TRUSTEE
                                                     304 N. Cleveland-Massillon Rd.
                                                     Akron, Ohio 44333
                                                     (330) 670-0770

December 2, 2010      *ck # 115*
                                 *receipt # 81991*